STATE OF MAINE

YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-02-261

MARC MOTORS, INC.,

        Plaintiff

    v.

**ORDER**

JAN   2003

CARDINAL'S SEAFARER
RESTAURANT, INC.,

        Defendant

After oral argument, a review of the memoranda of the parties and based on the decisions of the Law Court in *Interstate Food Processing Corp. v. Pellerito Foods, Inc.*, 622 A.2d 1189, 1191-2 (Me. 1993) and *Electronic Media International v. Pioneer Communications of America, Inc.*, 586 A.2d 1256, 1258-60 (Me. 1991) the entry is:

Defendant's motion to dismiss for lack of personal jurisdiction is denied.

Dated:     January 27, 2003

_____
Paul A. Fritzsche
Justice, Superior Court

Lee H. Bals, Esq. - PL
R. Peter Taylor, Esq. - DEF.